IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MELVIN SUMMERVILLE,**                                         **PETITIONER**

V.                                                   **NO. 3:03CV88-WAP**
                                                      (Crim. No. 4:98CR114-WAP)

**UNITED STATES OF AMERICA,**                               **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is barred by the applicable statute of limitation and shall be **dismissed** with prejudice.

**IT IS SO ORDERED.**

THIS the 15th day of September, 2006.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE